UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| *Jennie Bell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10851-DRH |
| *Pamela Morgan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11349-DRH |
| *Stacy Rasmussen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10189-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         Deputy Clerk

**Dated:**  July 14, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.14
16:24:09 -05'00'

**APPROVED:**
           **CHIEF JUDGE**
           **U. S. DISTRICT COURT**